IN THE UNITED STATES DISTRICT COURT

FOR THE_____DISTRICT OF **MASSACHUSETTS**

**ALBERTO LOPEZ, (AKA SWEEPY)** ;

       PETITIONER/DEFENDANT

V.          CRIMINAL CASE No. **95-10064-01-NMG**

UNITED STATES OF AMERICA;

       RESPONDENT/ PLAINTIFF

MOTION TO REDUCE TERMS OF

IMPRISONMENT UNDER TITLE

18 U.S.C. 3582 (c) (2)

COMES NOW, the petitioner/defendant **A. LOPEZ** Pro-Se of himself and moves this Honorable Court to reduce the above petitioner-defendant's term of imprisonment under Title 18 U.S.C. 3582 (c) (2) for grounds therefore states as follows:
(1) On **JUNE 4, 1996** petitioner-defendant **LOPEZ** was sentenced to the cusdoy of the Bureau of Prisons for a term of **LIFE**_____plus a **6** years term of Supervised Release, pursuant to his (either plea-or [trial conviction]) of ( either possession-or- distribution ) of a Controlled Substance of Crack Cocaine in violation of 21 U.S.C. 841.
(2) The petitioner-defendant is currently incarcerated at the United States Penitentiary Tucson, in Tucson, Arizona.
(3) Effective November 1, 2007 the United States Sentencing Commission amend U.S. Guidelines 2D1.1 which establishes the offense level for Drug Charges (Crack Cocaine) offenses, lowering the disparity of Powder-vs Crack to be equal.

( 1 )

(4) On Wednesday December 12, 2007, both the Houses of the United States Congress voted and past the amendment to make it RETROACTIVE BEGINNING MARCH 3, 2008.

(5) By applying the amended guidelines, which changed the disparity may result in a shorter prison term for the petitioner-defendant **ALBERTO LOPEZ** of a TWO LEVEL DECREASE in the sentence imposed before by this court. In the past most courts did this on motion, thus eliminating bringing the effected petitioner-defendant back to court for re-sentencing.

(6) WHEREFORE, it is respectfully requested, that this Honorable Court will apply the AMENDED GUIDLINES OF 2D1.1 to the petitioner-defendant's term of imprisonment reducing his sentence pursuant to 18 U.S.C. 3582 (c)(2) and in comformity with the Crack Cocaine disparity lowering by 2 levels where as he prays

SUBMITTED DATE OF: 2-26- , 2008

                        RESPECTFULLY SUBMITTED

*Alberto Lopez*
ALBERTO LOPEZ #20477-038
UNITED STATES PENITENTIARY TUCSON

POST OFFICE BOX 24550

TUCSON, ARIZONA 85734-4550

( 2 )

# CERTIFICATE OF SERVICE

I, __ALBERTO LOPEZ_____, hereby certify that I have served a true and correct copy of the foregoing: **MOTION TO REDUCE TERMS OF IMPRISONMENT UNDER TITLE 18 U.S.C. § 3582 (c) (2)**

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston vs. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

**UNITED STATES ATTORNEY'S OFFICE
JOHN JOSEPH MOAKLEY COURTHOUSE
FEDERAL BUILDING
1 COURTHOUSE WAY, SUITE
BOSTON, MASSACHUSETTS 02210**

and deposited same in the United States Postal Mail at the United States Penitentiary.

Signed on this __2-26__ day of __08__,

Respectfully Submitted,

*Alberto Lopez* (signature)

REG. NO. __20477-038__